UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MEGAN D. ERASMUS, | Case: 2:21-cv-02026-MCE-CKD |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| V. | |
| REGINALD D. RICE, JR., M.D., Professional Corporation, A California Professional Corporation, DBA Esthetics Center; | |
| Defendant. | |

In accordance with the parties' joint stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1) (ECF No. 10), and good cause appearing, this action is hereby dismissed, with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: April 19, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE